UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN CHARLES GASAWAY<br>D.O.C. # 238599 | * | CIVIL ACTION NO. 2:14-cv-1083 |
| v. | * | JUDGE MINALDI |
| N. BURL CAIN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 15) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 16), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 10 day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE